UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION at PIKEVILLE**

| | | |
|---|---|---|
| LORENA NAILLIEUX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No. |
| v. | ) | 16-cv-193-JMH |
| | ) | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,[1] | ) ) ) ) | **JUDGMENT** |
| Defendant. | ) | |

\*\*\*

In accordance with the Memorandum Opinion and Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED**:

(1) Judgment is entered in favor of Nancy A. Berryhil, Acting Commissioner of Social Security;

(2) That all pending motions shall be and the same hereby are **DENIED AS MOOT**;

(3) That all scheduled proceedings shall be and the same hereby are **CONTINUED GENERALLY**;

(4) That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET** and

(5) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

---

[1] The caption of this matter is amended to reflect that Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017, replacing Carolyn W. Colvin in that role.

This the 31st day of January, 2017.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge