**United States District Court for the** _____

**District of** _____

_____
Plaintiff,

vs.                                                            Case No. _____

_____
Defendant.

# NOTICE OF APPEAL

Notice is hereby given that _____,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

_____
*The final judgment, from an order describing it*

entered in this action on the _____ day of _____, _____.

(s)_____

Address:_____

_____

_____

Attorney for _____

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc:  Opposing Counsel
     Court of Appeals

6CA-3
11/16